IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS HODGES,

      Plaintiff,                        No. CIV S-07-0063 FCD KJM P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.            ORDER

                                /

Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of May 14, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 14, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED:  June 20, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
hodg0063.36