IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS HODGES,

      Plaintiff,                    No. CIV S-07-0063 FCD KJM P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

      Defendants.            <u>ORDER</u>

                                            /

        Good cause appearing, IT IS HEREBY ORDERED that, within fifteen days, plaintiff inform the court whether the name "Richard Doe" appearing in plaintiff's amended complaint is a real name. If it is a fictitious name, plaintiff shall inform the court whether he has learned the real name for this defendant. Plaintiff's failure to respond to this order may result in a recommendation that this action be dismissed without prejudice.

DATED: April 23, 2009.

                                                         _____
                                                         U.S. MAGISTRATE JUDGE

1
hodg0063.mi