IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS HODGES,

        Plaintiff,                  No. CIV-07-0063 FCD KJM P

    vs.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.            FINDINGS AND RECOMMENDATIONS

                              /

On April 24, 2009 the court ordered plaintiff to provide the court with information clarifying the allegations in his amended complaint within 15 days. Plaintiff has not responded to the court's order. Plaintiff was informed that failure to comply with the court's order might result in dismissal of this action.

As it stands, plaintiff's amended complaint fails to state a claim upon which relief can be granted. Therefore, in light of plaintiff's failure to respond to the court's April 24, 2009 order, the court will recommend that this action be dismissed. See 28 U.S.C. § 1915A(b); Fed R. Civ. P. 41(b).

/////

/////

1      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

2      These findings and recommendations are submitted to the United States District
3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
4 days after being served with these findings and recommendations, any party may file written
5 objections with the court and serve a copy on all parties.  Such a document should be captioned
6 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
7 shall be served and filed within ten days after service of the objections.  The parties are advised
8 that failure to file objections within the specified time may waive the right to appeal the District
9 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10 DATED:  July 14, 2009.

_____
U.S. MAGISTRATE JUDGE

1
hodg0063.46